MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FORSYTH   v. HARLEY DAVIDSON                                        No. 06CV1486-JM(LSP)

HON. LEO S. PAPAS        CT. DEPUTY TRISH LOPEZ        Rptr.

Attorneys

Plaintiffs                                                         Defendants

The parties' Joint Motion to Continue Expert Dates (Doc. 30) is GRANTED:

The deadline for parties to exchange expert witness designations and initial reports is continued to October 2, 2007.

The deadline for the exchange of supplemental expert designations and reports is continued to October 16, 2007.

  X    Copies to:  Counsel of Record              _____  Notified by Telephone

DATED: July 25, 2007

                                                  Hon. Leo S. Papas
                                                  U.S. Magistrate Judge