UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE FORSYTH, individually and as personal representative of the Estate of the Decedent, SCOTT ALAN FORSYTH,<br><br>Plaintiffs,<br><br>v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY, INC., a Wisconsin Corporation,<br><br>Defendant. | Case No. 06 CV 1486 JM  (LSP)<br><br>**ORDER GRANTING DEFENDANT HARLEY-DAVIDSON'S MOTION FOR ORDER AUTHORIZING PRODUCTION OF CORONER'S PHOTOGRAPHS  (DOC. 34)**<br><br>Magistrate:  Hon. Leo S. Papas<br>Courtroom:  G |

Defendant Harley-Davidson Motor Company Group, Inc. ("Harley-Davidson") and Plaintiffs Michele Forsyth, individually and representing the estate of and Scott A. Forsyth ("Plaintiffs") filed a Joint Motion for a Court Order directing the San Diego County Medical Examiner's Office ("Coroner's Office") to produce photographs taken of Decedent Scott A. Forsyth ("the decedent") at the scene of the accident and during an autopsy performed by the Coroner's Office on August 8, 2004 ("Joint Motion").

The Court, having reviewed the papers on file herein, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Joint Motion is granted. The San Diego County Medical Examiner's Office is hereby directed to produce to Harley-Davidson's and Plaintiffs' counsel all photographs taken of the decedent at the accident scene and

1  during the autopsy performed by the coroner on or about August 8, 2004.  Such production shall

2  occur within fifteen (15) days of entry of this order.

3  DATED:	September 11, 2007

5  _____
6  Hon. Leo S. Papas
   U.S. Magistrate Judge